# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DANIEL HARDMAN § § § Plaintiffs, § § v. § § EXPERIAN INFORMATION § SOLUTIONS, INC., § § Defendants. § § § | Civil Action No.: 4:23-cv-02313 |

## INDEX OF MATTERS FILED

| Document | Exhibit No. |
|---|---|
| Civil Cover Sheet | Exhibit 2 |
| Attachment to Civil Cover Sheet Listing All Counsel of Record | Exhibit 3 |
| Justice Court Citation | Exhibit 4 |
| Justice Court Petition | Exhibit 5 |
| Experian's Information Solutions, Inc. Original Answer[1] | Exhibit 6 |
| Justice Court Docket Sheet as of June 23, 2023 | Exhibit 7 |
| Notice of Removal to be filed with Justice Court | Exhibit 8 |

---

[1] As of the filing of this removal notice, the Justice Court had not processed Experian's answer. As a result, Experian is unable to provide a file stamped copy of it's timely answer but has confirmed filing with the Justice Court clerk.